FILED

JAN 11 2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                        ) Case No. 05-25698-C-7
                                             )
RICHARD LEE KARELAS,                         )
                                             )
            Debtor.                          )
_____)

**MEMORANDUM DECISION DENYING MOTION
FOR PARTIAL SUMMARY JUDGMENT**

On July 18, 2005, debtor filed a motion for partial summary judgment, pursuant to Federal Rule of Civil Procedure 56 as incorporated by Federal Rule of Bankruptcy Procedure 705. On August 3, 2005, the County of Sacramento filed a response to the debtor's motion for partial summary judgment.

A continued hearing on the motion was scheduled for January 10, 2006. Upon review of the record, the court determined that the written record was adequate and that oral argument was not necessary.

Debtor moves the court for partial summary judgment as to the dischargeability of a debt owed to the County of Sacramento, Division of Revenue Recovery, in the amount of $47,021.08.

Debtor argues that "court-ordered criminal restitution can be erased in bankruptcy court" and, as a result, debtor's debt to the County of Sacramento is dischargeable.

Debtor's motion seeks a determination that the debt is dischargeable. Such determination requires an adversary proceeding. Fed. R. Bankr. P. 7001(6). Debtor did not file an adversary proceeding before filing his motion for partial summary judgment. As such, the court cannot entertain debtor's motion at this time.

Therefore, the debtor's motion will be denied without prejudice.

IT IS SO ORDERED.

Dated: January 11, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Richard Lee Karelas
P.O. Box 1701
Rancho Cordova, CA 95741

John R. Roberts
P.O. Box 1506
Placerville, CA 95667-1506

County of Sacramento
Robert A. Ryan
James G. Wright
700 H Street, Suite 2650
Sacramento, CA 95814

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Dated: 1/17/06

_____
Deputy Clerk